UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN CARLOS MONTOYA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRST EXPEDITED, INC. and CRST INTERNATIONAL, INC.,<br><br>Defendants. | Civil Action No.<br>1:16-cv-10095-PBS |

**PARTIES' JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS**

As ordered by the Court at the hearing on the parties' cross-motions for summary judgment on April 29, 2019, the parties submit this status report regarding settlement discussions. The parties state:

1. After some negotiation about exchange of information for settlement purposes and back-and-forth over scheduling and mediator selection, the parties have agreed to continue settlement discussions through mediation with a private mediator on Tuesday, June 4, 2019.

2. The parties therefore request that the Court set a deadline of Friday, June 7, 2019, for the parties to report on the outcome of that mediation.

Respectfully submitted,

| | |
|---|---|
| JUAN CARLOS MONTOYA, on behalf of himself and all others similarly situated, | CRST EXPEDITED, INC., |
| By their attorneys, | By its attorneys, |
| /s/ Hillary Schwab | /s/ Elizabeth A. Olivier |
| Hillary Schwab, BBO #666029 | Daniel R. Sonneborn, BBO #679229 |
| Rachel Smit, BBO #688294 | Preti Flaherty Beliveau & Pachios LLP |
| FAIR WORK, P.C. | 60 State Street |
| 192 South Street, Suite 450 | Boston, MA 02109 |
| Boston, MA 02111 | (617) 226-3800 |
| (617) 607-3260 | wchused@preti.com |
| www.fairworklaw.com | dsonneborn@preti.com |
| hillary@fairworklaw.com, | |
| rachel@fairworklaw.com | Gregory P. Hansel |
| | Elizabeth A. Olivier |
| Andrew S. Schmidt, Esq. | Admitted *Pro Hac Vice* |
| Peter Mancuso, Esq. | Jonathan G. Mermin, BBO #652514 |
| Admitted *Pro Hac Vice* | Preti Flaherty Beliveau & Pachios LLP |
| ANDREW SCHMIDT LAW, PLLC | One City Center |
| 97 India Street | P.O. Box 9546 |
| Portland, ME 04101 | Portland, ME 04112-9546 |
| (207) 619-0320 | (207) 791-3000 |
| andy@maineworkerjustice.com, | jmermin@preti.com |
| peter@mainworkerjustice.com | ghansel@preti.com |
| | eolivier@preti.com |
| Dated: May 20, 2019 | |
| | Dated: May 20, 2019 |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record on May 20, 2019.

  /s/ Hillary Schwab
Hillary Schwab