UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN CARLOS MONTOYA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CRST EXPEDITED, INC. and CRST )<br>INTERNATIONAL, INC., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>1:16-cv-10095-PBS |

**JOINT MOTION FOR SCHEDULE FOR APPROVAL OF**
**CLASS ACTION SETTLEMENT OF SLEEPER BERTH CLAIM**

The parties submit this joint motion requesting that the Court set the following schedule for the finalization of the parties' proposed class action settlement of the sleeper berth claim in this case:

- **April 12, 2024**: deadline for the parties to submit a joint motion requesting that the Court amend the amount of the judgment pursuant to the Stipulated Separate and Final Judgment on Sleeper Berth Claim entered by this Court, ECF Doc. 133-1, ¶¶ 7 and 8.

- **April 26, 2024**: deadline for Plaintiffs to file a motion for preliminary settlement approval.

- **Early May 2024**: preliminary settlement approval hearing.

As grounds for this proposal, the parties state:

1)   On May 27, 2021, this Court issued a Final Settlement Approval Order and Judgment, finally approving the parties' class action settlement of all but one of the claims in this case, ECF Doc. 351, and also re-entered its previous Stipulated Separate and Final Judgment on Sleeper Berth Claim, ECF Doc. 331-1. Pursuant to that Order,

1

final judgment entered, after which Defendants filed an appeal of the Court's order granting summary judgment to Plaintiffs on their claim that time spent in the truck's sleeper berth in excess of eight hours per day was compensable.  The First Circuit issued its decision affirming this Court's decision on December 12, 2023, and issued a decision denying Defendants' Petition for Rehearing on February 27, 2024.  The First Circuit's mandate was filed in this Court on March 7, 2024.  ECF Doc. 368.

2) Defendants have confirmed that they do not intend to seek further appellate review.  Accordingly, the judgment is final.  Pursuant to the Stipulated Separate and Final Judgment on Sleeper Berth Claim entered by this Court, the amount of the judgment is $2,500,000, on behalf of the settlement class, "to be increased pro rata based on the additional time that has passed from January 1, 2021," subject to a formula agreed upon by the parties.[1]  ECF Doc. 331-1, ¶ 7.  The Judgment provides that the parties are to "propose to the Court a procedure for approval of the settlement, including amending the judgment [to calculate the amount], notice to eligible class/collective members and distribution of the settlement funds, and a reasonable timeline for finalization of this settlement."  ECF Doc. 331-1, ¶ 8.

3) The parties propose the following timeline for finalization of this settlement:

    a. By April 12, 2024, the parties shall submit a joint motion requesting that

---

[1] The formula is: "a percentage increase of the time period of December 13, 2013, to December 31, 2020, multiplied by the ratio of the average monthly number of CRST Expedited trucks on the road during the Appeal Period divided by the average number of CRST Expedited trucks on the road between December 2013 and December 2020. (For example, if the appellate period is one-fourth of the duration of the time period of December 13, 2013, to December 31, 2020 and the average number of trucks on the road during the appeal period is nine-tenths of the number of trucks on the road from December 2013 to December 2020, the settlement amount shall be increased by 22.5%.)". ECF Doc. 331-1, ¶ 7.

     the Court amend the amount of the judgment pursuant to the Stipulated Separate and Final Judgment on Sleeper Berth Claim entered by this Court, ¶¶ 7 and 8.

b.  By April 26, 2024, Plaintiffs shall file a motion for preliminary settlement approval, setting forth a proposed procedure for approval of the settlement, including a proposed notice to eligible class/collective members, and requesting a final class settlement approval hearing approximately ninety days after the preliminary settlement approval hearing.

c.  The parties request that the Court schedule a preliminary settlement approval hearing to take place on a date that is convenient to the Court in early May 2024.

The parties respectfully request that this Motion be GRANTED.

Respectfully submitted,

| | |
|---|---|
| JUAN CARLOS MONTOYA, et al., | CRST EXPEDITED, INC., and CRST INTERNATIONAL, INC., |
| By their attorneys, | By its attorneys, |
| | |
| */s/ Hillary Schwab* | */s/ Daniel R. Sonneborn* |
| Hillary Schwab, BBO #666029 | Daniel R. Sonneborn, BBO #679229 |
| Rachel Smit, BBO #688294 | PRETI FLAHERTY BELIVEAU & |
| FAIR WORK, P.C. | PACHIOS LLP |
| 192 South Street, Suite 450 | 60 State Street, Suite 1100 |
| Boston, MA 02111 | Boston, MA 02109 |
| (617) 607-3260 | (617) 226-3800 |
| www.fairworklaw.com | dsonneborn@preti.com |
| hillary@fairworklaw.com, | |
| rachel@fairworklaw.com | Gregory P. Hansel |
| | Admitted *Pro Hac Vice* |
| Andrew S. Schmidt, Esq. | PRETI FLAHERTY BELIVEAU & |
| Peter Mancuso, Esq. | PACHIOS LLP |
| Admitted *Pro Hac Vice* | One City Center |
| ANDREW SCHMIDT LAW, PLLC | P.O. Box 9546 |
| 97 India Street | Portland, ME 04112-9546 |
| Portland, ME 04101 | (207) 791-3000 |
| (207) 619-0320 | ghansel@preti.com |
| andy@maineworkerjustice.com, | |
| peter@maineworkerjustice.com | James H. Hanson |
| | James Eckhart |
| Dated: April 1, 2024 | SCOPELITIS, GARVIN, |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this document to be served via electronic filing on all counsel of record on April 1, 2024.

                                                        */s/ Hillary Schwab*
                                                        Hillary Schwab